SEALED





FILED

MAR 2 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6
   Attorneys for Plaintiff
7  United States of America

8                 IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11
   IN THE MATTER OF THE APPLICATION          CASE NO.  2:20-SW-0055-CKD
12 OF THE UNITED STATES OF AMERICA
   FOR A WARRANT AUTHORIZING THE            [PROPOSED] ORDER
13 INSTALLATION AND MONITORING OF A
   TRACKING DEVICE IN OR ON A               **UNDER SEAL**
14 White Chevy Equinox, WITH LICENSE
   PLATE 8KCR028, VIN
15 #1GNALAEK5EZ129017

16

17
       The United States has represented that there exists an ongoing investigation into the narcotics
18
   trafficking activities of the parties named in the application and order, signed January 21, 2020, which
19
   authorized agents of ATF to install and monitor a tracking device in or on a White Chevy Equinox, with
20
   license plate 8KCR028, ("TARGET VEHICLE"), for a period of 45 days.
21
       The government has further represented that service of the notice required by Federal Rules of
22
   Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence
23
   to the targets.
24
       Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall
25
   be required to serve the notice shall be postponed for 90 days from the date of this Order.
26
   / / /
27
   / / /
28

                                            1

1    Should the United States seek further postponement of the time within which it must serve the

2  notice, it shall make further application to this Court.

3    IT IS SO ORDERED.

4

5  Dated:          3-20-20

6                                    Hon. Deborah Barnes
                                     U.S. MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2